**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED BROTHERHOOD OF
CARPENTERS AND JOINERS OF
AMERICA LOCAL 848; UNITED
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA; AFL-CIO,
and CARPENTERS LOCAL 505,
UNITED BROTHERHOOD OF
CARPENTERS & JOINERS OF AMERICA,
AFL-CIO,

      *Petitioners,*

UNITED BROTHERHOOD OF
CARPENTERS AND JOINERS OF
AMERICA,

      *Intervenor,*

v.

NATIONAL LABOR RELATIONS
BOARD,

      *Respondent.*

No. 05-75295

NLRB Nos.
20-CA-29636-1
20-CA-29918-1

14983

NATIONAL LABOR RELATIONS
BOARD; MACERICH MANAGEMENT,
                              *Petitioners,*

UNITED BROTHERHOOD OF
CARPENTERS AND JOINERS OF
AMERICA,

                              *Intervenor,*

                v.

MACERICH MANAGEMENT, COMPANY;
MACERICH PROPERTY MANAGEMENT
COMPANY,

                              *Respondents.*

Nos. 05-76217
        05-77116

NLRB Nos.
20-CA-29636-1
30-CA-29918

ORDER

Filed October 28, 2008

Before: Jane R. Roth,* Sidney R. Thomas, and
Consuelo M. Callahan, Circuit Judges.

## ORDER

The joint motion filed on September 18, 2008, to correct
the caption is GRANTED. The caption of the opinion filed on
August 25, 2008, is corrected to read:

---

*The Honorable Jane R. Roth, Senior United States Circuit Judge for
the Third Circuit, sitting by designation.

UNITED BROTHERHOOD OF
CARPENTERS AND JOINERS OF
AMERICA LOCAL 586; UNITED
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA LOCAL 505,
                    *Petitioners,*

            v.

NATIONAL LABOR RELATIONS
BOARD,
                    *Respondent.*

No. 05-75295

NLRB Nos.
20-CA-29636-1
20-CA-29918-1


NATIONAL LABOR RELATIONS
BOARD,
                    *Petitioner,*

UNITED BROTHERHOOD OF
CARPENTERS AND JOINERS OF
AMERICA LOCAL 586; UNITED
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA LOCAL 505,
                    *Intervenors,*

            v.

MACERICH MANAGEMENT, COMPANY;
MACERICH PROPERTY MANAGEMENT
COMPANY,
                    *Respondents.*

No. 05-76217

NLRB Nos.
20-CA-29636-1
30-CA-29918

OPINION

MACERICH MANAGEMENT COMPANY;
MACERICH PROPERTY MANAGEMENT
COMPANY,
                          *Petitioners,*

UNITED BROTHERHOOD OF
CARPENTERS AND JOINERS OF
AMERICA LOCAL 586; UNITED
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA LOCAL 505,
                          *Intervenors,*

            v.

NATIONAL LABOR RELATIONS
BOARD,
                          *Respondent.*

_____

INTERNATIONAL COUNCIL OF
SHOPPING CENTERS AND CALIFORNIA
BUSINESS PROPERTIES ASSOCIATION;
CALIFORNIA LABOR FEDERATION,
                          *Amicus Curiae.*

No. 05-77116

NLRB Nos.
20-CA-29636-1
30-CA-29918

    The Clerk of Court is instructed to correct the Court's docket to reflect these changes.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson Reuters/West.